```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 19-02959-HWV
Joyce A. Mays                                                                           Chapter 13
                     Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1            User: DGeorge                Page 1 of 2                Date Rcvd: Aug 19, 2019
                                Form ID: ntcnfhrg            Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
db             +Joyce A. Mays,    133 N. Linden Street,    Harrisburg, PA 17103-1333
5220961         Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    P.O. Box 8875,
                 Camp Hill, PA 17001-8875
5220962        +Capital Region Water,    100 Pine Drive,    Harrisburg, PA 17103-1260
5220964         City Treasurer,    10 N. 2nd Street, Suite 103,    Harrisburg, PA 17101-1679
5220963        +City of Harrisburg-Law Bureau,    10 N. 2nd Street, Suite 402,    Harrisburg, PA 17101-1677
5220966        +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
                 Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
5220967        +Dauphin County Board of Commissioners,    P.O. Box 1295,    Harrisburg, PA 17108-1295
5220968        +Debt Recovery Solutions,    6800 Jericho Turnpike, Suite 113E,    Syosset, NY 11791-4401
5220970        +F.H. Cann & Associates, Inc.,    1600 Osgood Street,    Suite 20-2/120,
                 North Andover, MA 01845-1048
5220971       ++++FIRST NATIONAL BANK,    1 N SHORE CTR STE 503,    PITTSBURGH PA 15212-5837
                 (address filed with court: First National Bank,    One North Shore Center,
                 Pittsburgh, PA 15212)
5220972        +Hamilton Health Center,    110 S. 17th Street,    Harrisburg, PA 17104-1123
5220975        +M&T Bank,   c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5220978        +MedCare Equipment Company, LLC,    P.O. Box 5029,    Greensburg, PA 15601-5058
5220980        +Orthopedic Institute of Pennsylvania,    3399 Trindle Road,    Camp Hill, PA 17011-2286
5220981        +PECO Bankruptcy Group,    2301 Market Street, S4-2,    Philadelphia, PA 19103-1338
5220984        +PGW,   800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
5220985        +PHFA-HEMAP,    P.O. Box 2461,    Harrisburg, PA 17105-2461
5220988         PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
5220983        +Pennsylvania Retina Specialists, PC,    220 Grandview Avenue,    Suite 200,
                 Camp Hill, PA 17011-1776
5220987         Pinnacle Health Hospitals,    P.O. Box 8700,    Harrisburg, PA 17105-8700
5220989        +Quest Diagnostics,    110 S. 17th Street,    Harrisburg, PA 17104-1123
5220990         The Arlington Group,    820 Sir Thomas Court,    Harrisburg, PA 17109-4839
5220991        +Torres Credit Service, Inc.,    P.O. Box 189,    Carlisle, PA 17013-0189
5220992        +U.S. Dept. of Housing and Urban Dev.,    Financial Control Accounting Division,
                 Cash & Securities, Room 3112,    451 7th Street SW,    Washington, DC 20410-0001
5220993         UGI South,    P.O. Box 15503,    Wilmington, DE 19886-5503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5220960        +E-mail/Text: EBN_Greensburg@Receivemorermp.com Aug 19 2019 19:36:29
                 Berks Credit Collections,    900 Corporate Drive,    Reading, PA 19605-3340
5220965        +E-mail/Text: documentfiling@lciinc.com Aug 19 2019 19:35:28     Comcast Corp.,    Comcast Center,
                 1701 JFK Blvd.,    Philadelphia, PA 19103-2899
5220969        +E-mail/Text: bknotice@ercbpo.com Aug 19 2019 19:36:06     Enhanced Recovery Company,
                 P.O. Box 57547,    Jacksonville, FL 32241-7547
5220973         E-mail/Text: cio.bncmail@irs.gov Aug 19 2019 19:35:38     Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA 19114
5220974        +E-mail/Text: BKRMailOPS@weltman.com Aug 19 2019 19:35:43     Kay Jewelers,    375 Ghent Road,
                 Fairlawn, OH 44333-4600
5220976         E-mail/Text: camanagement@mtb.com Aug 19 2019 19:35:43     M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
5220977         E-mail/Text: camanagement@mtb.com Aug 19 2019 19:35:43     M&T Bank,    successor in interest to,
                 Dauphin Deposit Bank & Trust Co.,    213 Market Street,    Harrisburg, PA 17001
5220979        +E-mail/Text: Bankruptcies@nragroup.com Aug 19 2019 19:36:28     National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
5220986         E-mail/Text: blegal@phfa.org Aug 19 2019 19:36:02     PHFA/HEMAP,    211 North Front Street,
                 P.O. Box 8029,    Harrisburg, PA 17101
5220982         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 19 2019 19:35:58
                 Pennsylvania Department of Revenue,    Dept. 280946,    ATTN: Bankruptcy Division,
                 Harrisburg, PA 17128-0946
5220994         E-mail/Text: bkrcy@ugi.com Aug 19 2019 19:36:22     UGI Utilities,    2525 North 12th Street,
                 Suite 360,    Reading, PA 19605
5229106         E-mail/Text: bkrcy@ugi.com Aug 19 2019 19:36:22     UGI Utilities, Inc.,    P.O. Box 13009,
                 Reading, PA 19612
5220995        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 19 2019 19:35:25
                 Verizon,    500 Technology Drive,    Suite 300,    Weldon Spring, MO 63304-2225
                                                                                                TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5233097*      ++PENNSYLVANIA HOUSING FINANCE AGENCY,    211 NORTH FRONT STREET,    HARRISBURG PA 17101-1406
                 (address filed with court: PHFA/HEMAP,    211 NORTH FRONT ST,    PO BOX 8029,
                 HARRISBURG, PA 17105)
                                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Tracy Lynn Updike    on behalf of Debtor 1 Joyce A. Mays tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joyce A. Mays,   Chapter   13

**Debtor 1**   Case No.   1:19–bk–02959–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 18, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: September 25, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 19, 2019 |

ntcnfhrg (03/18)