UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JOYCE A. MAYS | : | CASE NO. 1-19-02959-HWV |
| | : | |
| Debtor | : | |
| | : | |
| JOYCE A. MAYS | : | 133 Linden Street |
| | : | Harrisburg, Pennsylvania |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. DEPARTMENT OF HOUSING AND | : | |
| URBAN DEVELOPMENT, DAUPHIN | : | |
| COUNTY BOARD OF | : | |
| COMMISSIONERS, M&T BANK | : | |
| as successor to ALLFIRST BANK and as | : | |
| successor to DAUPHIN DEPOSIT BANK | : | |
| AND TRUST CO., and PHFA/HEMAP, | : | |
| | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I, Stacy A. Sollenberger, Legal Assistant with the firm of Schiffman, Sheridan & Brown, P.C., hereby certify that on August 5, 2019, true and correct copies of the MOTION FOR DETERMINATION OF SECURED STATUS/VALUATION OF SECURITY was served by certified mail and received by the following secured claim holders, per the attached certified green cards and/or the USPS certified mail tracking:

SEE ATTACHED.

SCHIFFMAN, SHERIDAN & BROWN, P.C.

By: /s/ Stacy A. Sollenberger
Stacy A. Sollenberger

Date: August 23, 2019

**Receipt 1:**

Addressed to:
Dauphin County Board of Commissioners
Attn: Agent Authorized to Accept Process
P.O. Box 1295
Harrisburg, PA 17108

- 9590 9402 4296 8190 8153 06
- Article Number: 7005 3110 0002 1867 1550
- A. Signature: [signed]
- B. Received by (Printed Name): M.T. SAACHAN
- C. Date of Delivery: AUG 06 2019
- Service Type: ☒ Certified Mail®
- PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

**Receipt 2:**

Addressed to:
M&T Bank successor to Allfirst Bank, successor to Dauphin Deposit Bank & Trust
Attn: Officer Authorized to Accept Process
213 Market Street
Harrisburg, PA 17001

- 9590 9402 4296 8190 8153 44
- Article Number: 7005 3110 0002 1867 1581
- A. Signature: Marcia E. Besu
- B. Received by (Printed Name): Marcia E. Besu
- C. Date of Delivery: 8/6/19
- Service Type: ☒ Certified Mail®
- PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt




**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Office of the Attorney General
U.D. Department of Justice
Attn: Agent Authorized to Accept Process
Pursuant to F.R.B.P. 7004
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 4296 8190 8153 37

2. Article Number: 7005 3110 0002 1867 1574

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X
☐ Agent
☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

AUG 9 2019

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

The United States Attorney's Office
Middle District of Pennsylvania
Attn: Civil Process Clerk
Harrisburg Federal Building and Courthouse
228 Walnut Street, P.O. Box 11754
Harrisburg, PA 17108-1754

9590 9402 4296 8190 8153 68

2. Article Number (Transfer from service label): 7005 3110 0002 1867 1604

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X
☐ Agent
☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

AUG 6 2019 (USPS Harrisburg, PA)

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

**Track Another Package +**

**Tracking Number:** 70053110000218671543    Remove ×

Your item has been delivered to an agent at 6:46 am on August 8, 2019 in WASHINGTON, DC 20410.



**⊘ Delivered**

August 8, 2019 at 6:46 am
Delivered, To Agent
WASHINGTON, DC 20410

Get Updates ∨

---

Text & Email Updates    

---

Tracking History    

**August 8, 2019, 6:46 am**
Delivered, To Agent
WASHINGTON, DC 20410
Your item has been delivered to an agent at 6:46 am on August 8, 2019 in WASHINGTON, DC 20410.

**August 8, 2019, 5:38 am**
Arrived at Unit
WASHINGTON, DC 20018

**August 7, 2019**
In Transit to Next Facility

**August 5, 2019, 7:19 pm**
Departed USPS Regional Facility
HARRISBURG PA DISTRIBUTION CENTER

**August 5, 2019, 6:41 pm**
Arrived at USPS Regional Facility
HARRISBURG PA DISTRIBUTION CENTER

**Product Information** ∨

Feedback

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**