```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                Case No. 19-02959-HWV
Joyce A. Mays                                                         Chapter 13
        Debtor                        **CERTIFICATE OF NOTICE**

District/off: 0314-1            User: DGeorge            Page 1 of 1            Date Rcvd: Aug 30, 2019
                                Form ID: pdf010          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2019.
              Office of the Attorney General,    US Department of Justice,
               Attn Agent Authorized to Accept Process,    950 Pennsylvania Avenue, NW,
               Washington DC 20530-0001
              The United States Attorney's Office,    Middle District of PA,    Attention Civil Process Clerk,
               228 Walnut Street PO Box 11754,    Harrisburg, PA 17108-1754
5220967      +Dauphin County Board of Commissioners,    P.O. Box 1295,    Harrisburg, PA 17108-1295

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/Text: blegal@phfa.org Aug 30 2019 19:16:15      PHFA/HEMAP,
               Attn Jada S Greenhowe Assistant Counsel,   211 North Front Street PO Box 8029,
               Harrisburg, PA 17101-1466
              +E-mail/Text: blegal@phfa.org Aug 30 2019 19:16:15      PHFA/HEMAP,   Attn Brian A Hudson Sr CEO,
               211 North Front Street PO Box 8029,   Harrisburg, PA 17101-1466
5220977       E-mail/Text: camanagement@mtb.com Aug 30 2019 19:16:11      M&T Bank,   successor in interest to,
               Dauphin Deposit Bank & Trust Co.,   213 Market Street,    Harrisburg, PA 17001
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Joyce A. Mays tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JOYCE A. MAYS | : | CASE NO. 1-19-02959-HWV |
| | : | |
| Debtor | : | |
| | : | |
| JOYCE A. MAYS | : | 133 Linden Street |
| | : | Harrisburg, Pennsylvania |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, DAUPHIN COUNTY BOARD OF COMMISSIONERS, M&T BANK as successor to ALLFIRST BANK and as successor to DAUPHIN DEPOSIT BANK AND TRUST CO., and PHFA/HEMAP, | : | |
| | : | |
| Respondents | : | |

**ORDER DETERMINING SECURED STATUS/VALUATION OF SECURITY**

The Motion of the Debtor, Joyce A. Mays, for Determination of Secured Status/Valuation of Security ("Motion") having come this day before the Court, and based upon the Debtor's assertions made in support of the Motion, following notice to creditors in the above case and an opportunity for a hearing thereon, the Court FINDS as follows:

A. The value of Debtor's real property (the "Real Property") located at 133 Linden Street, Harrisburg, Dauphin County, Pennsylvania, Tax Parcel No. 08-024-042, is $36,989.00 at the time of the filing of this case.

B. The total of all claims secured by liens on the Real Property senior to the liens of the U.S. Department of Housing and Urban Development, Dauphin County Board of Commissioners, M&T Bank as successor to Allfirst Bank and as successor to Dauphin Deposit Bank and Trust Co., and PHFA/HEMAP (the "Respondents") is $47,668.23.

C. The equity remaining in the Real Property after payment of all claims secured by liens senior to the liens of the Respondents is $0.00 and Respondents have a secured interest in the Real Property in such amount.

Consequently, it is **HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Respondents each have an allowed secured claim in the amount of $0.00.

3. Because Respondents' secured interest is $0.00 the following mortgages shall be deemed void and shall be extinguished automatically without further order of the Court, upon entry of the Debtor's discharge in this Chapter 13 case:

| Respondent | Recording Date | Recording Location |
|---|---|---|
| U.S. Department of Housing and Urban Development | 1/30/1996 | Dauphin County Recorder of Deeds, Harrisburg, PA Book 2552 Page 53 |
| Dauphin County Board of Commissioners | 1/30/1996 | Dauphin County Recorder of Deeds, Harrisburg, PA Book 2552 Page 64 |
| M&T Bank as successor to Allfirst Bank and Dauphin Deposit Bank & Trust Co. | 1/30/1996 | Dauphin County Recorder of Deeds, Harrisburg, PA Book 2552 Page 69 |
| PHFA-HEMAP | 3/19/2014 | Dauphin County Recorder of Deeds, Harrisburg, PA Instrument #20140006077 |

4   If this case is converted or dismissed, Respondents' mortgages will no longer be considered void and shall be restored as a lien on the Real Property.

5. As of the date of this Order, no Respondent has filed a proof of claim in this case. The last date for government claims is January 6, 2020. To the extent any of the Respondents file a timely proof of claim, it shall be classified as a general unsecured claim, regardless of the original classification in the proof of claim as filed.

6. The Real Property may not be sold or refinanced during the case without proper notice and further order of the Court.

7. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this Chapter 13 case.

Dated: August 30, 2019

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (JH)