```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 19-02959-HWV
Joyce A. Mays                                                       Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: RyanEshel          Page 1 of 1           Date Rcvd: Jan 08, 2020
                            Form ID: ntcltrdb        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
5220963        +City of Harrisburg-Law Bureau,    10 N. 2nd Street, Suite 402,    Harrisburg, PA 17101-1677

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Jada S Greenhowe     on behalf of Creditor    PHFA JGREENHOWE@PHFA.ORG
              James  Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Joyce A. Mays tlupdike@mette.com,  cgfraker@mette.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| Joyce A. Mays, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:19–bk–02959–HWV |

| **Notice** |
| :---: |

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#7) has been filed by the Debtor on behalf of City of Harrisburg – Law Bureau in the amount of $2049.29.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 8, 2020 |

ntcltrdb 05/18