IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JOYCE A. MAYS | : | CASE NO. 1-19-02959-HWV |
| | : | |
| Debtor | : | |

**ENTRY AND WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

    Kindly withdraw the appearance of Tracy L. Updike, Esquire on behalf of Mette, Evans and Woodside, as attorney of record for the Debtor in the above-captioned matter.

Date: September 13, 2023    By: /s/ Tracy L. Updike
        Tracy L. Updike, Esquire
        Mette, Evans & Woodside
        3401 N. Front Street
        Harrisburg, PA 17110
        Telephone: (717) 232-5000

    Kindly enter the appearance of James K. Jones, Esquire on behalf of Cunningham, Chernicoff and Warshawsky, as attorney of record for the Debtor in the above-captioned matter.

Date: September 13, 2023    By: /s/ James K. Jones
        James K. Jones, Esquire
        Cunningham, Chernicoff & Warshawsky
        2320 North Second Street
        PO Box 60457
        Harrisburg, PA 17106-0457
        Telephone: (717) 238-6570