**Mette, Evans & Woodside**
Attorneys at Law
3401 North Front Street
P.O. Box 5950
Harrisburg, PA 17110-0950
Phone No.: (717) 232-5000
Fax: (717) 236-1816
Federal Tax ID: 23-1985005

Statement Date: January 14, 2020
Statement as of: January 8, 2020
Statement No: 248260

Joyce A. Mays
133 N. Linden Street
Harrisburg, PA 17103

Client No. 18767-0001: Chapter 13 Bankruptcy

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | | Hours | Description |
|---|---|---|---|
| 09/17/2019 | TLU | 0.10 | Filing of preconfirmation certification |
| 09/19/2019 | TLU | 0.10 | Receipt and review of objection by PHFA |
| 09/24/2019 | TLU | 0.30 | Telephone call with city re claim; telephone call with PHFA re objection |
| 09/25/2019 | TLU | 0.90 | Attendance at confirmation hearing; continued |
| 10/23/2019 | TLU | 1.30 | Attendance at confirmation hearing (amended plan in 45) |
| 10/29/2019 | TLU | 0.90 | Preparation of amended plan |
| 10/30/2019 | TLU | 0.20 | Correspondence to client re amended plan |
| 10/30/2019 | TLU | 0.60 | Revision to amended plan after client review and filing/service of same |
| 11/04/2019 | TLU | 0.20 | Receipt and analysis of mortgage payment change |
| 11/04/2019 | JEW | 0.20 | Correspondence to client re mortgage payment change |
| 11/13/2019 | JEW | 0.20 | Telephone call with client re mortgage payment change |
| 11/26/2019 | TLU | 0.20 | Correspondence from/to trustee re wage attach amount not full payment |
| 11/27/2019 | TLU | 0.50 | Preparation for confirmation; review of status of objections, claims, certifications; correspondence to trustee's office re same |
| 12/04/2019 | TLU | 0.60 | Attendance at confirmation hearing (continued); conference with client re same |
| 12/05/2019 | TLU | 0.20 | Correspondence to client re continued confirmation hearing |
| 12/30/2019 | TLU | 0.30 | Telephone conversation with City paralegal re missing claim |
| 01/06/2020 | TLU | 0.50 | Preparation for confirmation; review status of payments and certifications; correspondence to trustee re same |
| 01/07/2020 | TLU | 0.30 | Preparation and filing of city claim; telephone call with city re same |
| 01/08/2020 | TLU | 0.20 | Receipt and review of loss mit packet; correspondence to client re same |
| 01/08/2020 | TLU | 0.80 | Attendance at confirmation hearing (confirmed) |
| TOTAL HOURS | | 8.60 | |

Sub-total Fees: $2,550.00

## Rate Summary

| | | | |
|---|---|---|---|
| Tracy L. Updike | 8.20 | hours at $300.00/hr | 2,460.00 |
| Jessica E. Weaver | 0.40 | hours at $225.00/hr | 90.00 |
| Total hours: | 8.60 | | |

**Expenses**                                                      Amount

| | Amount |
|---|---|
| Parking | 1.85 |
| Travel Costs - Local | 3.45 |
| Sub-total Expenses: | $5.30 |
| Total Current Billing: | $2,555.30 |
| Total Payments: | $0.00 |
| **Total Now Due:** | **$2,555.30** |

**NOTE:**
**Statements not paid** within 30 days of their date bear interest thereafter at the rate of 1% per month or fraction thereof until paid.
**Please include** Client No. on check.
**Credit card payments** can be made online at www.mette.com.