Certificate Number: 06531-PAM-DE-039901367

Bankruptcy Case Number: 19-02959



06531-PAM-DE-039901367

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>July 23, 2025</u>, at <u>4:25</u> o'clock <u>PM CDT</u>, <u>Joyce A Mays</u> completed a course on personal financial management given <u>by telephone</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>July 23, 2025</u>

By: <u>/s/Katherine Minas</u>

Name: <u>Katherine Minas</u>

Title: <u>Certified Credit Counselor</u>