United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                                                                   Case No. 19-02959-HWV  
Joyce A. Mays                                                                                                                                                   Chapter 13  
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                     User: AutoDocke                                    Page 1 of 3  
Date Rcvd: Sep 08, 2025                            Form ID: 3180W                                  Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joyce A. Mays, 133 N. Linden Street, Harrisburg, PA 17103-1333 |
| 5220962 | ++ | CAPITAL REGION WATER, ATTN AR MANAGER, 3003 N FRONT STREET, HARRISBURG PA 17110-1224 address filed with court:, Capital Region Water, 100 Pine Drive, Harrisburg, PA 17103 |
| 5220964 | | City Treasurer, 10 N. 2nd Street, Suite 103, Harrisburg, PA 17101-1679 |
| 5220963 | + | City of Harrisburg-Law Bureau, 10 N. 2nd Street, Suite 402, Harrisburg, PA 17101-1677 |
| 5220966 | + | Commonwealth of Pennsylvania, Bureau of Labor and Industry, Office of Unemp Comp Tax Services OUCTS, PO Box 60848, Harrisburg, PA 17106-0848 |
| 5220967 | + | Dauphin County Board of Commissioners, P.O. Box 1295, Harrisburg, PA 17108-1295 |
| 5220972 | + | Hamilton Health Center, 110 S. 17th Street, Harrisburg, PA 17104-1123 |
| 5220975 | + | M&T Bank, c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5220978 | + | MedCare Equipment Company, LLC, P.O. Box 5029, Greensburg, PA 15601-5058 |
| 5220980 | + | Orthopedic Institute of Pennsylvania, 3399 Trindle Road, Camp Hill, PA 17011-2286 |
| 5220981 | + | PECO Bankruptcy Group, 2301 Market Street, S4-2, Philadelphia, PA 19103-1338 |
| 5220983 | + | Pennsylvania Retina Specialists, PC, 220 Grandview Avenue, Suite 200, Camp Hill, PA 17011-1776 |
| 5220987 | | Pinnacle Health Hospitals, P.O. Box 8700, Harrisburg, PA 17105-8700 |
| 5220989 | + | Quest Diagnostics, 110 S. 17th Street, Harrisburg, PA 17104-1123 |
| 5220990 | | The Arlington Group, 820 Sir Thomas Court, Harrisburg, PA 17109-4839 |
| 5220991 | + | Torres Credit Service, Inc., P.O. Box 189, Carlisle, PA 17013-0189 |
| 5220993 | | UGI South, P.O. Box 15503, Wilmington, DE 19886-5503 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Sep 08 2025 18:43:00 | PHFA, PHFA, 211 N FRONT ST, Harrisburg, PA 17101-1466 |
| cr | + | Email/Text: blegal@phfa.org | Sep 08 2025 18:43:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5220960 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Sep 08 2025 18:43:00 | Berks Credit Collections, 900 Corporate Drive, Reading, PA 19605-3340 |
| 5220961 | | Email/Text: Bankruptcy@BAMcollections.com | Sep 08 2025 18:43:00 | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, P.O. Box 8875, Camp Hill, PA 17001-8875 |
| 5220965 | + | EDI: COMCASTCBLCENT | Sep 08 2025 22:39:00 | Comcast Corp., Comcast Center, 1701 JFK Blvd., Philadelphia, PA 19103-2899 |
| 5220968 | ^ | MEBN | Sep 08 2025 18:39:32 | Debt Recovery Solutions, 6800 Jericho Turnpike, Suite 113E, Syosset, NY 11791-4401 |
| 5220970 | + | Email/Text: compliance@fhcann.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 08 2025 18:43:00 | F.H. Cann & Associates, Inc., 1600 Osgood Street, Suite 20-2/120, North Andover, MA 01845-1048 |
| 5220971 | | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 08 2025 18:43:00 | First National Bank, One North Shore Center, Pittsburgh, PA 15212 |
| 5220973 | | EDI: IRS.COM | Sep 08 2025 22:39:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 5220974 | + | Email/Text: BKRMailOPS@weltman.com | Sep 08 2025 18:43:00 | Kay Jewelers, 375 Ghent Road, Fairlawn, OH 44333-4600 |
| 5220976 | | Email/Text: camanagement@mtb.com | Sep 08 2025 18:43:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 5242268 | | Email/Text: camanagement@mtb.com | Sep 08 2025 18:43:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 5220977 | | Email/Text: camanagement@mtb.com | Sep 08 2025 18:43:00 | M&T Bank, successor in interest to, Dauphin Deposit Bank & Trust Co., 213 Market Street, Harrisburg, PA 17001 |
| 5220979 | + | Email/Text: Bankruptcies@nragroup.com | Sep 08 2025 18:43:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5220986 | | Email/Text: blegal@phfa.org | Sep 08 2025 18:43:00 | PHFA/HEMAP, 211 North Front Street, P.O. Box 8029, Harrisburg, PA 17101 |
| 5220984 | ^ | MEBN | Sep 08 2025 18:39:31 | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 5220985 | + | Email/Text: bncnotifications@pheaa.org | Sep 08 2025 18:43:00 | PHFA-HEMAP, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 5220988 | ^ | MEBN | Sep 08 2025 18:39:52 | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5220982 | | EDI: PENNDEPTREV | Sep 08 2025 22:39:00 | Pennsylvania Department of Revenue, Dept. 280946, ATTN: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5237077 | + | EDI: JEFFERSONCAP.COM | Sep 08 2025 22:39:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5220992 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 08 2025 18:59:52 | U.S. Dept. of Housing and Urban Dev., Financial Control Accounting Division, Cash & Securities, Room 3112, 451 7th Street SW, Washington, DC 20410-0001 |
| 5220994 | | Email/Text: bkrcy@ugi.com | Sep 08 2025 18:43:00 | UGI Utilities, 2525 North 12th Street, Suite 360, Reading, PA 19605 |
| 5229106 | | Email/Text: bkrcy@ugi.com | Sep 08 2025 18:43:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |
| 5220995 | + | EDI: VERIZONCOMB.COM | Sep 08 2025 22:39:00 | Verizon, 500 Technology Drive, Suite 300, Weldon Spring, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5233097 | *P++ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG PA 17101-1406, address filed with court:, PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 5220969 | ##+ | Enhanced Recovery Company, P.O. Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2025          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Joyce A. Mays DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jada S Greenhowe | on behalf of Creditor PHFA JGREENHOWE@PHFA.ORG |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Joyce A. Mays karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Leon P Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| Matthew K. Fissel | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Joyce A. Mays<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx−xx−7836<br>EIN  __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __−_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19−bk−02959−HWV | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joyce A. Mays

9/8/25

**By the court:** *(signature)*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**