IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joyce A. Mays<br>Debtor(s)<br><br>M&T Bank<br>Movant<br>vs.<br><br>Joyce A. Mays<br>Debtor(s)<br><br>Jack N. Zaharopoulos,<br>Trustee | BK NO. 19-02959 HWV<br><br>Chapter 13<br><br>Related to Claim No. 5-2 |

## CERTIFICATE OF SERVICE
### NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 23, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Joyce A. Mays
133 North Linden Street
Harrisburg, PA 17103

Attorney for Debtor(s)
Tracy Lynn Updike, Esq.
3401 North Front Street
PO Box 5950
Harrisburg, PA 17110

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: August 23, 2022

/s/Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com