IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joyce A. Mays<br>**Debtor(s)**<br><br>M&T Bank<br>**Movant**<br>vs.<br><br>Joyce A. Mays<br>**Debtor(s)**<br><br>Jack N. Zaharopoulos,<br>**Trustee** | BK NO. 19-02959 HWV<br><br>Chapter 13<br><br>Related to Claim No. 5 |

## CERTIFICATE OF SERVICE
### NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>June 8, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Joyce A. Mays
133 North Linden Street
Harrisburg, PA 17103

<u>Attorney for Debtor(s)</u>
Tracy Lynn Updike, Esq.
3401 North Front Street
PO Box 5950
Harrisburg, PA 17110

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>June 8, 2023</u>

/s/**Brian C. Nicholas Esquire**
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bnicholas@kmllawgroup.com